U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 20 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA

v.                                  Criminal No. 2:13CR20027-001

ESTEBAN ARREOLA

### FINAL ORDER OF FORFEITURE

On July 8, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 25). In the Preliminary Order of Forfeiture, a Norinco, model 1911-A1, .45 caliber pistol, serial number 603298; a Smith & Wesson, model M&P 15-22, .22 caliber rifle, serial number DVA0130; and any ammunition were forfeited to the United States pursuant to 18 U.S.C. §§ 982, 924(d), and 3665 and Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On September 4, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 8, 2013, shall become final at this time.

IT IS SO ORDERED this 20TH day of November, 2013.

/s/ P.K. Holmes
HONORABLE P.K. HOLMES III
CHIEF UNITED STATES DISTRICT JUDGE