IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

v.                 Case No. 2:13-CR-20027

ESTEBAN ARREOLA                           DEFENDANT/PETITIONER

**O R D E R**

The Court has received a report and recommendation (Doc. 48) from United States Magistrate Judge Mark E. Ford. There have been no objections and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Petitioner Esteban Arreola's motion (Doc. 36) to vacate is DENIED.

IT IS SO ORDERED this 6th day of November, 2015.

                                                                /s/ P. K. Holmes, III
                                                                P.K. HOLMES, III
                                                                CHIEF U.S. DISTRICT JUDGE